IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE # R3216227, R3216226, R3216056

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE A. AVENDANO,

    Defendant.

---

### ORDER TO QUASH ARREST WARRANT

---

The Court, having considered the Government's Motion to Quash Arrest Warrant, HEREBY grants the motion.

It is the ORDER of this Court that the arrest warrant be quashed for the above named case.

Dated this 11th day of May, 2009.

BY THE COURT:

_[signature]_
United States Magistrate Judge for the
District of Colorado